FILED
2020 Jan-27 PM 12:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SINGH MANGAL, | ) |
| Petitioner, | ) ) |
| v. | ) Case No.: 4:19-cv-1799-MHH-HNJ |
| WILLIAM BARR, | ) ) |
| Respondent. | ) ) |

## **MEMORANDUM OPINION**

The magistrate judge filed a report on January 2, 2020, recommending that the Attorney General's motion to dismiss be granted and Mr. Mangal's petition be dismissed as moot based on Mr. Mangal's removal to India. (Doc. 7). Although the magistrate judge advised Mr. Mangal of his right to file written objections within 14 days (Doc. 7, pp. 2-3), the Court has not received objections to the report.

Having reviewed the materials in the record, the Court adopts the magistrate judge's report and accepts his recommendation. Because Mr. Mangal has been removed from the United States to India, the Court no longer may provide meaningful relief in this § 2241 habeas action. Therefore, Mr. Mangal's petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). By separate order, the Court will dismiss this action as moot.

**DONE** this 27th day of January, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE